**Joseph R. POETT, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 02–3204.**

United States Court of Appeals, Federal Circuit.

Jan. 13, 2003.

ON MOTION

GAJARSA, Circuit Judge.

*ORDER*

Joseph R. Poett moves for reconsideration of the court's order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The Department of Agriculture has not responded.

Poett has now submitted the Fed. Cir. R. 15(c) form. Based on these circumstances, the court grants Poett's motion to reinstate his petition for review.

Accordingly,

IT IS ORDERED THAT:

(1) Poett's motion for reconsideration is granted.

(2) The September 25, 2002 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) The Department of Agriculture's brief is due within 21 days of the date of filing of this order.